UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SAFEWAY INSURANCE COMPANY OF ALABAMA, INC., | ) ) ) Case No. 3:23-cv-426 |
| Plaintiff, | ) ) Judge Atchley |
| v. | ) ) Magistrate Judge McCook |
| SHANNON LEE GLASPER, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

On June 18, 2024, Plaintiff filed a Motion for Default Judgment [Doc. 13] as to Defendant Shannon Glasper. Pursuant to 28 U.S.C. § 636, the Court referred the motion to United States Magistrate Judge Jill E. McCook for report and recommendation. [Doc. 15]. On July 15, 2024, Judge McCook issued her Report and Recommendation [Doc. 16], recommending that the Motion for Default Judgment [Doc. 13] be granted. Judge McCook found that Plaintiff's allegations and filings established that Defendant was not a "covered person" under the insurance policy in question, resulting in Plaintiff having no duty to provide coverage for bodily injury or property damage arising out of the accident underlying this matter. The Report specifically advised Defendant that they had 14 days to object to the Report and Recommendation and that failure to do so would forfeit any right to appeal. [Doc. 16 at 6 n.2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

More than 14 days have passed and Defendant has not filed an objection to the Report and Recommendation. In fact, Defendant never filed a response or objection to any filing in this matter. Despite the lack of objection, the Court has reviewed the record and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** in full the findings of fact and conclusions of law set forth in the Report and Recommendation [Doc. 16]. Plaintiff's Motion for Default Judgment [Doc. 13] is **GRANTED**. Judgment is **ENTERED** for Plaintiff Safeway Insurance Company of Alabama, Inc., against Defendant Shannon Glasper in accordance with the declarations outlined in the Report and Recommendation. [Doc. 16 at 6-7].

The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
LeAnna R. Wilson
CLERK OF COURT